979 A.2d 766

JOHN MCDARBY AND IRMA MCDARBY, PLAINTIFFS–
RESPONDENTS, v. MERCK & CO., INC.,
DEFENDANT–APPELLANT.

May 7, 2009.

ORDER

This matter having been duly considered and the Court having determined that in light of the decision of the United States Supreme Court in *Wyeth v. Levine,* —— *U.S.* ——, 129 *S.Ct.* 1187, 173 *L.Ed.*2d 51 (2009), certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.